Case 3:20-cr-00042-PDW *SEALED*   Document 25   Filed 02/20/20   Page 1 of 2

Local AO 442 (Rev. 10/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
### DISTRICT OF NORTH DAKOTA

United States of America
v.

Dondiago Jones a/k/a Ago, a/k/a Dondi, a/k/a Frank

Case No. 3:20-cr-42-03

*Defendant*

## ARREST WARRANT

To:   Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)* Dondiago Jones a/k/a Ago, a/k/a Dondi, a/k/a Frank ,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☐ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

Conspiracy to Distribute and Possess with Intent to Distribute a Controlled Substance;
Money Laundering Conspiracy;
Maintaining a Drug-Involved Premise (Counts 4 and 8);
Aiding and Abetting; and
Forfeiture Allegation

Date: 02/20/2020

/s/ Jackie Stewart
*Issuing officer's signature*

Jackie Stewart, Deputy Clerk
*Printed name and title*

City and state:   Fargo, ND

### Return

This warrant was received on *(date)* 2-21-2020, and the person was arrested on *(date)* 2-27-2020
at *(city and state)* Bottineau, ND .

Date: 2-27-2020

Arresting officer's signature

*Printed name and title*