U.S. Department of Interior – Bureau of Indian Affairs
Office of Justice Services - Division of Drug Enforcement

**Exhibit 5**

| INCIDENT REPORT | Page 1 of 4 |
|---|---|
| **Incident Number:** BO20017477 | **Incident Title:** LH Interview |
| **Report By:** SA Isaiah Soldier | **Date Prepared:** 02/14/2020 |
| **Report Re:** C19000869 | |

## SYNOPSIS

On February 10th, 2020 at approximately 2:46 PM, Bureau of Indian Affairs – Division of Drug Enforcement Special Agent Isaiah Soldier interviewed LH (SOI) at the Bottineau County Sheriff's Office in Bottineau, ND.

## DETAILS

On February 10th, 2020 at approximately 2:46 PM, Bureau of Indian Affairs – Division of Drug Enforcement Special Agent Isaiah Soldier interviewed the SOI at the Bottineau County Sheriff's Office in Bottineau, ND. HOEGER provided the following identifying information:

SOI
DOB:         1984

Bottineau, ND
702-600-7567 – Cell

SOI was speaking with Bottineau County Sheriff Steve Watson about this particular information. SOI is a former user of pills. SOI doesn't use any other pills. SOI has cancer and found out about the pills. SOI said they are rappers who sell pills to make money. SOI said the last time the SOI used pills was a couple years ago. Although he/she doesn't use anymore, he/she still talks to the guys. When someone needed some pills, they would contact the SOI and the SOI would contact DONDI (SA Soldier knows through investigation, DONDI is a known street name for DONDIAGO FRANCISCO JONES).

Two months ago, JONES and the SOI got into an argument because JONES accused the SOI of being a snitch and wondering why she doesn't buy anymore. After that argument, the SOI was contacted by one of the main guys, but she doesn't know their names. The SOI named GARY as someone who contacted her. (SA Soldier knows through investigation, GARY is a known street name for DARIUS SLEDGE).

The SOI produced a known Facebook page of TERRANCE JOHNSON. SOI knows him as "T". The SOI said JOHNSON is working in Belcourt, ND. SOI knows them all.

| Distribution: | Signature (Agent)  | Date: 02/14/2020 |
|---|---|---|
| | **Approved (Name and Title)** | **Date:** |

**DDE Form - 1**
**(Oct. 2012)**

**DDE SENSITIVE**

This report is the property of the BIA-OJS-DDE.
Neither it nor its contents may be disseminated outside the agency to which it is loaned.

**U.S. Department of Interior – Bureau of Indian Affairs**
**Office of Justice Services - Division of Drug Enforcement**

### INCIDENT REPORT

**Incident Number:** BO20017477

**Incident Title:** LH Interview

*(Continuation)*

SA Soldier asked the SOI about JONES and their altercation. JONES was upset because SOI wasn't buying anymore and that SOI should be sending him more people. SOI would only buy when he/she ran out. SOI and JONES have rekindled their friendship. SOI said "these guys are everywhere."

SOI said NIKKI and PAUL MALATERRE are selling pills in Belcourt, ND and they are big. They are getting their pills through the mail. They live in apartment 208 in the Kent Addition apartments.

SOI met JONES before he/she moved to Las Vegas, Nevada. HOEGER said JONES is part of the same crew as NICK (NICHOLAS MCCRAY, male from Detroit who was killed). JONES' street name is FRANK and no one knows his name is DONDIAGO. SOI met JONES through MCCRAY about five years ago. After moving back to the area, she's been seeing JONES around. ANG BELGARDE and CARLEEN COUNTS brought these guys around.

NIKKI and PAUL are "living high" and they don't have jobs. They launder their money. They're selling for JONES right now. That's how the pills are getting to them, through the mail. JONES brings the pills and sends them through the mail. SOI doesn't know where they all come from. All they sell are Dilaudid 8 mg and Roxi 30's (Oxycodone 30 mg), they call them "M Blocks".

SOI said when people were looking for pills, SOI would direct them to JONES. SOI talked about a guy name COUNTRY (SA Soldier knows through investigation, COUNTRY is DERRICK WALKER). WALKER is from Kentucky, but he went back there. WALKER was selling pills in the area and is the same crew as JONES. SOI mentioned JOHNSON and said he is a different crew. SOI said they're all from Detroit, MI and that they're all Blood Gang members. SOI was concerned for his/her safety and didn't want his/her name out there.

SOI has seen JONES with a gun. SOI said they had over 100 guns in their trailer. Now they live with FAITH (LIDDELL). SOI said there was a picture of JONES with money.

SOI brought up a Facebook page Uptop Inthemiddle Dwnbelow, a known Facebook of TERRANCE JOHNSON. SOI said he lives behind the courthouse. SOI pointed out MICHELLE DELONG, JORDAN DELONG and PJ LENOIR all sell pills for JOHNSON. SOI believes they are rappers. SOI showed SA Soldier a rap music video believed to be BAQUON SLEDGE in.

SOI said CARLEEN COUNTS is a big problem and she brings these guys around 8-10 at a time. COUNTS works for all the crews. She brings them here and houses them. COUNTS is selling pills right now. COUNTS and her crew are bouncing around to different houses. SOI described COUNTS as the "momma". SOI said the trailer they were all at, belonged to COUNTS.

SOI mentioned a guy named CEE MEXICO who was in Rolla jail (Rollette County). SOI knows them to do a lot of business on Facebook. SA Soldier showed SOI a picture of DARIUS SLEDGE. SOI identified him as GARY and CEE MEXICO. She said he is in Minot, ND right now. D. SLEDGE contacted SOI recently. D.

**DDE Form  - 1**
**(Oct. 2012)**

**DDE SENSITIVE**

**This report is the property of the BIA-OJS-DDE.**
**Neither it nor its contents may be disseminated outside the agency to which it is loaned.**

**U.S. Department of Interior – Bureau of Indian Affairs**
**Office of Justice Services - Division of Drug Enforcement**

### INCIDENT REPORT

Page 3 of 4

**Incident Number:** BO20017477

**Incident Title:** LH Interview

*(Continuation)*

SLEDGE was asking SOI for a place to stay to sell pills. SOI attempted to identify him and asked if he was GARY. D. SLEDGE replied with a greeting. SOI confirmed the Facebook account D. SLEDGE was using is MEXICO CEE. SOI identified JONES Facebook as DONDI BIRD. SA Soldier showed the SOI a picture of BAQUON SLEDGE. SOI identified B. SLEDGE as TJ or TEE.

SOI brought up RICO GRAND (Through investigation, SA Soldier knows RICO GRAND to be MALCOLM FIGGS.)

JONES started as a small time dealer and grew to be the main guy.

SOI said she bought a lot of pills from them. SOI started getting pills from JONES in August 2015. She met him through CARLEEN COUNTS. At that time, JONES was living with COUNTS. SOI bought pills daily from JONES for years. SOI stopped getting pills from JONES in approximately November 2019. SOI would get 5-10 pills every day. Ten (10) pills every day would be more accurate. SA Soldier asked if it would be accurate and not an exaggeration that she got 14,600 pills from JONES and he/she said that would be accurate (SA Soldier didn't calculate months August 2019 – November 2019). SOI said JONES has no plans on leaving. The last time SOI has seen him was three days ago at the Cenex in Bottineau, ND. SOI talked to JONES two weeks ago. SOI can talk to him whenever he/she wants.

When SOI and JONES were arguing, he had the gun on his lap. SOI felt like JONES was trying to intimidate him/her with the gun. This happened during their argument two months ago. JONES wanted to know where the SOI has been.

SOI described JONES as a street guy when he first started and now he's worked his way up. JONES has many people working for him including CONSTANCE AIKEN, GARY (DARIUS SLEDGE), TEE (BAQUON SLEDGE), NIKKI and PAUL MALATERRE, JUSTIN MORIN, KEITH LILLEY and his nephew, whose name he/she couldn't remember and TONYA PELTIER who lives behind the Sun Haven. WALKER was in the area for a few years but he moved back to Kentucky. He worked with JONES.

SOI has bought pills from CONSTANCE AIKEN and JONES was there. JONES is usually with CARLEEN COUNTS. SOI said there's a new crew of people coming from Detroit that JONES is bringing. They are coming this week. JONES asked SOI if he/she knew of any places for rent that they could put in the SOI's name. They rent places in other peoples' name.

The SOI has received pills from NIKKI and PAUL. They are getting their pills in the mail at the Kent Addition apartments. NIKKI and PAUL get the pills in the mail in toys and clothing. They get them from JONES. SOI saw the package last month, and months prior. The pills were hidden inside toys and they have to take apart the toys. NIKKI and PAUL were upset at one point because JONES' guy who sends them sent Fentanyl pills, but the people liked them. So, PAUL requested both Fentanyl and regular pills. They get a package once or twice a month, or whenever they need it. They get the mail from the post office because it takes longer and it's not

**DDE Form - 1**
**(Oct. 2012)**

**DDE SENSITIVE**

**This report is the property of the BIA-OJS-DDE.**
**Neither it nor its contents may be disseminated outside the agency to which it is loaned.**

**U.S. Department of Interior – Bureau of Indian Affairs**
**Office of Justice Services - Division of Drug Enforcement**

### INCIDENT REPORT

Page 4 of 4

**Incident Number:** BO20017477

**Incident Title:** LH Interview

*(Continuation)*

scanned or checked.  They get it from the Belcourt Post Office.  HOEGER saw the packages they received.  She never saw the label.  While PAUL was taking apart the toy truck, the pills started flowing out.  JONES is NIKKI and PAUL's boss.

When JONES goes back to Detroit, he uses rentals. He doesn't have a license. He might rent them under FAITH's name.  FAITH is JONES' girlfriend.  SOI knows FAITH to be involved.  FAITH houses the guys right now.  There are guys there right now.  She lets them use her car.  FAITH is a former employee at Wal-Mart.  She drives them around and knows everything that's going on.  SOI described FAITH as being really quiet.  FAITH knows what's going on because she handed the SOI a pill for JONES once.  The SOI gave the money to FAITH.  This happened more than once.  This was in June or July.  The SOI never contacts FAITH to purchase, but she was there.

WALKER's Facebook name is "HANDSON".

The SOI had to end the interview and leave due to his/her child being sick.  The interview was cut short

End of Interview

**DDE Form   - 1**
**(Oct. 2012)**

**DDE SENSITIVE**

**This report is the property of the BIA-OJS-DDE.**
**Neither it nor its contents may be disseminated outside the agency to which it is loaned.**