**U.S. Department of Interior – Bureau of Indian Affairs**
**Office of Justice Services - Division of Drug Enforcement**

<span style="color:red">**Exhibit 6**</span>

| INCIDENT REPORT | Page 1 of 3 |
|---|---|
| **Incident Number:** | **Incident Title:** DANELLE AIKEN Interview |
| **Report By:** SA Isaiah Soldier | **Date Prepared:** 01/12/2020 |

**Report Re:** C19000869

1. On January 3rd, 2020 at approximately 11:14 AM, Bureau of Indian Affairs – Division of Drug Enforcement Special Agent Isaiah Soldier interviewed DANELLE AIKEN at the Heart of America Correctional Facility in Rugby, ND.  AIKEN was in the custody of Towner County, ND.  SA Soldier read AIKEN her Miranda Rights and she said she understood her rights.

2. **Interview of DANELLE AIKEN**:   (This is not a verbatim account of the interview, but rather a summary of the facts.  For the full interview, see audio recording)

3. AIKEN provided the following identifying information:

4. DANELLE MCKENZIE AIKEN
5. DOB: ███████1985
6. ████████████████████
7. Bottineau, ND
8. 701-210-1781 – Cell Phone

9. AIKEN said she didn't know who SA Soldier was talking about when he mentioned FRANK (FRANK is an alias of DONDIAGO JONES) , BILL and/or GARY (BILL and GARY are both aliases of DARIUS SLEDGE).  AIKEN said she never sold pills to anyone.  She said she has bought pills, but never sold pills and claimed to be a user, not a dealer.

10. AIKEN asked if her sister CONSTANCE AIKEN was getting indicted too.  C. AIKEN said we came to talk to her.  C. AIKEN told D. AIKEN that she was questioned about the same thing.  D. AIKEN said she never sold pills for them, but she's bought pills from them.  She denied holding pills for them and that they wouldn't trust her with one pill.

11. AIKEN said she knew who they were but denied again ever holding pills for them.  AIKEN claimed she was a user.  FRANK and his accomplices would never trust anyone to hold their pills or money and that they held that on themselves.

12. AIKEN first met GARY (DARIUS SLEDGE) and said that he was busted already.  AIKEN said the people she knew was FRANK (DONDIAGO JONES), GARY (DARIUS SLEDGE) and T. AIKEN described them as being "black" and that they lived with CARLEEN (COUNTS) in

| Distribution: | Signature (Agent) | Date: |
|---|---|---|
| | | 01/12/2020 |
| | **Approved (Name and Title)** | **Date:** |

**DDE SENSITIVE**

**This report is the property of the BIA-OJS-DDE.**
**Neither it nor its contents may be disseminated outside the agency to which it is loaned.**

**U.S. Department of Interior – Bureau of Indian Affairs**
**Office of Justice Services - Division of Drug Enforcement**

## INCIDENT REPORT

Page 2 of 3

**Incident Number:**

**Incident Title:** DANELLE AIKEN Interview

*(Continuation)*

Bottineau, ND, next door to AIKEN.  AIKEN moved to her current residence in October 2019.  AIKEN and her three children live there.  Sometimes her boyfriend live there, RICK REED.

13. SA Soldier asked why she called FRANK (JONES) to bail her out.  AIKEN said she asked him because she knows him and because he is her neighbor.  AIKEN said JONES bonded her out and she paid him back his $100.

14. AIKEN said she has only bought pills and spent a lot of money on them.

15. She started buying pills 2017.  She started buying pills from CARLEEN (COUNTS) and she introduced AIKEN to the "black guys".  Then AIKEN started dealing with them because COUNTS told AIKEN to go straight to them.  AIKEN said she talked to COUNTS a couple months ago.  COUNTS told AIKEN that she came to Rugby to meet with an agent and that the agents were asking about AIKEN.  COUNTS told AIKEN that she told the agents that AIKEN had nothing to do with it.

16. AIKEN said COUNTS is still dealing pills at her aunt DOLLY's house in Belcourt. ND.  COUNTS is dealing with new guys now.  COUNTS asked AIKEN to stay at AIKEN's place and she told her no.

17. Starting in Spring 2017, AIKEN would spend at least $200 -$300 on them, or three or pills a day, every day.  That went on for years, and it got to where she was spending $1000 a day on pills.  She bought oxy (oxycodone) 30 mg pills.  She recently moved up to buying 5-6  pills a day in January 2019.  She was paying $70 per pill.  She bought from FRANK (JONES) and T (referring to BAQUON SLEDGE).  The last time she got pills from FRANK (JONES) was last month.  She spent approximately $300.  AIKEN said the most recent time she's gotten pills from FRANK (JONES) was before she got arrested.  AIKEN got five pills on New Years eve, December 31st, 2019.  JONES went to AIKEN's residence to deliver the pills.  JONES pulled bag out  and had more pills.  She thought there to be a 50 pack or 100 pack (50-100 pills).

18. The most recent time AIKEN has bought pills from COUNTS was last month.  AIKEN clarified that they went to see MICHELLE MORIN in Eagle's View to buy the pills.  MORIN was at ERNIE's and they have two black males there right now selling pills.  AIKEN doesn't know the black males' names.  AIKEN claims that they ripped her off $400.  AIKEN also said that if she gave her sister, CONSTANCE AIKEN, money, she would get pills for AIKEN.

19. The black males live in a room with them and they possibly get a 100 pack (100 pills).  AIKEN's never seen the black males.

**DDE SENSITIVE**

**This report is the property of the BIA-OJS-DDE.**
**Neither it nor its contents may be disseminated outside the agency to which it is loaned.**

**U.S. Department of Interior – Bureau of Indian Affairs**
**Office of Justice Services - Division of Drug Enforcement**

| INCIDENT REPORT | Page 3 of 3 |
|---|---|

**Incident Number:**

**Incident Title:** DANELLE AIKEN Interview

*(Continuation)*

20. AIKEN knows that FRANK goes to another house in Bottineau, ND to re-up. She knows the house where he goes to is pink. AIKEN knows a girl that FRANK (JONES) has a sexual relationship with and she holds all his money and his pills at her house. The female is an African American female. AIKEN said he has a stash there now. AIKEN said she and FRANK (JONES) were friends.

21. AIKEN said FRANK (JONES) has another girlfriend in Belcourt, ND.

22. AIKEN confirmed that COUNTS stayed with DOLLY COUNTS in Belcourt, ND and that she is still selling pills.

23. CONSTANCE AIKEN told D. AIKEN that she isn't making a deal with SA Soldier. D. AIKEN said C. AIKEN was the one dealing the pills at her trailer on BIA road 6. D. AIKEN said whoever is selling the pills, goes to her house, hides in the back room and whoever comes over, she takes their money and goes to see them (in the back room.) C. AIKEN has dealt with FRANK (DONDIAGO JONES), GARY (DARIUS SLEDGE), T (BAQUON SLEDGE) and COUNTRY (DERRICK WALKER).

24. SA Soldier showed AIKEN a picture of DONDIAGO JONES and she identified him as FRANK.

25. SA Soldier showed AIKEN a picture of BAQUON SLEDGE and she identified him as T.

26. SA Soldier showed AIKEN a picture of DARIUS SLEDGE and she identified him as GARY.

27. SA Soldier showed AIKEN a picture of FAITH LIDDELL and she identified her as FAITH. AIKEN doesn't know her to be staying at the trailer.

28. AIKEN said CONSTANCE AIKEN is still dealing pills with a guy named "D". D has been there before.

29. AIKEN denied wiring money for JONES and his associates.

30. End of Interview

**DDE SENSITIVE**

**This report is the property of the BIA-OJS-DDE.**
**Neither it nor its contents may be disseminated outside the agency to which it is loaned.**