**Exhibit 7**

U.S. Department of Interior – Bureau of Indian Affairs
Office of Justice Services - Division of Drug Enforcement

| INCIDENT REPORT | Page 1 of 5 |
|---|---|
| **Incident Number:** | **Incident Title:** SHANEL MUDGETT Interview |
| **Report By:** SA Isaiah Soldier | **Date Prepared:** 01/14/2020 |
| **Report Re:** C19000849, C19000869 | |

On January 3rd, 2020 at approximately 6:30 PM, Bureau of Indian Affairs – Division of Drug Enforcement Special Agent Isaiah Soldier interviewed SHANEL MUDGETT at the BIA Turtle Mountain Agency Police Department in Belcourt, ND. MUDGETT wasn't in custody and was made aware that she was free to leave.

**Interview of SHANEL MUDGETT**: (This is not a verbatim account of the interview, but rather a summary of the facts. For full interview, see audio recording.)

MUDGETT provided the following identifying information:

SHANEL LILLIAN MUDGETT
DOB:         1996

Dunseith, ND
DARRYL DUBOIS residence.
701-381-0681 – Cell

MUDGETT confirmed that she was involved with individuals known to her as "T" (TERRANCE JOHNSON, "TAY" (DEANTE EDWARDS) and "BLUE" (ANTHONY WADE) and that CALVIN (DUBOIS) and BABY D (EDWARD DUBOIS) were involved as well. MUDGETT said they, JOHNSON, EDWARDS and WADE needed a place to stay and she and C. DUBOIS had an addiction. MUDGETT and C. DUBOIS provided them with a place to stay because JOHNSON provided them with what they wanted (pills). JOHNSON, EDWARDS and WADE conducted their own business. MUDGETT claimed she wasn't there most of the time because she knew something like this was going to happen.

MUDGETT said when people came to the house, she would open the door. SA Soldier told MUDGETT that he knew about MUDGETT selling pills and that he's seen the messages. MUDGETT said they (JOHNSON, EDWARDS and WADE) pretty much lived at their house so she didn't need to re-up. JOHNSON would do a lot of the selling on his own. MUDGETT said she would open the door, but she didn't contact people.

MUDGETT confirmed that she is enrolled in Spirit Lake Tribe. She provided an address for her house on the Spirit Lake Indian Reservation. 3651 81st Ave. St. Michaels, ND.

| Distribution: | Signature (Agent) | Date: |
|---|---|---|
| | [signature] | 01/14/2020 |
| | **Approved (Name and Title)** | **Date:** |

DDE Form   - 1
(Oct. 2012)

**DDE SENSITIVE**

This report is the property of the BIA-OJS-DDE.
Neither it nor its contents may be disseminated outside the agency to which it is loaned.

U.S. Department of Interior – Bureau of Indian Affairs
Office of Justice Services - Division of Drug Enforcement

### INCIDENT REPORT

Page 2 of 5

**Incident Number:**

**Incident Title:**

*(Continuation)*

MUDGETT said she met JOHNSON last year, August 2019, because she was buying pills from him. She met JOHNSON through mutual friends, but she couldn't say who. JOHNSON asked C. DUBOIS and MUDGETT if they had a place he could rent. She knew a lot of people going to JOHNSON in Shell Valley. JOHNSON was staying with KELBY PERISIEN. They were selling pills at that residence. MUDGETT thinks they were getting in trouble for having a lot of traffic. MUDGETT said she knows JOHNSON to have been here (Belcourt) for before staying at PERISIEN's residence. MUDGETT said JOHNSON was here with "JAY ROCK" (JAMES QUARLES) and that QUARLES brought JOHNSON to the area. MUDGETT said that happened before she met JOHNSON and that he was with QUARLES and JAYME CARLSON.

MUDGETT said she would buy pills once or twice a day, or every other day from JOHNSON and she bought 1-2 pills at a time. JOHNSON moved into their trailer in about August 2019. He didn't move in immediately, but at first he would hang out at their residence, and eventually asked if he could rent it, or buy it.

When JOHNSON sold pills at their residence, he would hang out at the house, go meet people and go back to their house. JOHNSON would give them a couple pills to allow him to stay there to sell pills. JOHNSON would set up in their residence, sell pills, leave at the end of the day. Eventually he moved in.

EDWARDS and WADE started coming around approximately a month before the execution of the search warrant. Their reason for coming out was to help JOHNSON sell pills. MUDGETT said they were getting into altercations with JOHNSON because he wasn't giving them what he said he was going to give them. JOHNSON started bringing his own people, EDWARDS and WADE. MUDGETT said both EDWARDS and WADE both sold pills for JOHNSON. MUDGETT said JOHNSON was the boss of the organization. She knows JOHNSON would go to Detroit, MI to obtain more pills. JOHNSON went back approximately four times. JOHNSON never shared how many pills he had.

MUDGETT thinks they saw approximately twenty customers a day and they would be 1-2 pills. They sold pills for $65 to $70 per pill. CHANTELL LONGIE was JOHNSON's girlfriend. MUDGETT knows LONGIE to have gone back to Detroit with him. LONGIE participated in selling pills.

EDWARD DUBOIS would come to the residence when he needed some money. E. DUBOIS helped sell pills when MUDGETT and C. DUBOIS weren't home.

MUDGETT said it was accurate to say she bought two pills every two days from JOHNSON from July to August 2019.

DDE Form   - 1
(Oct. 2012)

**DDE SENSITIVE**

**This report is the property of the BIA-OJS-DDE.
Neither it nor its contents may be disseminated outside the agency to which it is loaned.**

U.S. Department of Interior – Bureau of Indian Affairs
Office of Justice Services - Division of Drug Enforcement

### INCIDENT REPORT

Page 3 of 5

**Incident Number:**

**Incident Title:**

*(Continuation)*

MUDGETT said JOHNSON sold a lot of the pills himself. He wouldn't give her and C. DUBOIS a large amount of pills because he didn't trust them. JOHNSON would only give them 5 or 10 pills and they would smoke a lot of them.

MUDGETT said they weren't the main people selling pills and that there were always other people selling pills. JUSTIN MORIN would sell pills for $55 a pill so many people would go to him. MUDGETT thought they might have seen 15 customers a day buying a pill. The most pills MUDGETT has seen JOHNSON with was maybe 50 pills. JOHNSON never showed how many pills he had.

MUDGETT said the guns found in the house were JOHNSON's guns and that they might have brought them from Detroit. MUDGETT said JOHNSON and WADE always had a gun. MUDGETT wasn't sure, but she thinks they carried guns so no one robs them.

The most money MUDGETT has seen them with was maybe $5,000 (five thousand dollars).

JOHNSON paid C. DUBOIS and MUDGETT in pills and a little bit of money. When EDWARDS and WADE came around, JOHNSON wasn't paying as much.

MUDGETT mentioned a person she knew as "D". She described him as black, tall and skinny and twists in his hair. She didn't' know where he was at when everyone was arrested. D (D was identified by MUDGETT as TWON BOYD) helped sell pills. She thinks D rented the vehicles.

MUDGETT said the rental vehicle was stolen out of their yard. She sees the vehicle driving around Belcourt at times. She thinks TRISTEN VALLIE stole the vehicle.. VALLIE never helped sell pills, but he came over a lot. MUDGETT thinks BOYD went back to Detroit.

SA Soldier asked MUDGETT as GARY. MUDGETT said GARY (later identified as DARIUS SLEDGE) owed her a couple hundred dollars involving pills. She said GARY was with FRANK (later identified as DONDIAGO JONES).

MUDGETT said GARY and FRANK came to her house twice and sold pills. They had their own customers and just used them for a place to sell pills in Belcourt. MUDGETT said they just gave them a place to sit, but they had all their own people. When JOHNSON would go back to Detroit, SLEDGE and JONES came over. MUDGETT said she knew SLEDGE and JONES through JOHNSON. MUDGETT said she's always heard of SLEDGE and JONES being around the area. When JOHNSON would leave, her sister-in-law would bring JONES. Her sister-in-law is SHANAE (DUBOIS). S. DUBOIS is in a romantic relationship with JONES. When SLEDGE and JONES came around, S. DUBOIS would come with them and she helped them sell pills. S. DUBOIS is still involved with JONES. S. DUBOIS and JONES still drive around and sell pills. S. DUBOIS and JONES don't like

DDE Form   - 1
(Oct. 2012)

DDE SENSITIVE

This report is the property of the BIA-OJS-DDE.
Neither it nor its contents may be disseminated outside the agency to which it is loaned.

U.S. Department of Interior – Bureau of Indian Affairs
Office of Justice Services - Division of Drug Enforcement

**INCIDENT REPORT**  Page 4 of 5

**Incident Number:**

**Incident Title:**

*(Continuation)*

MUDGETT. SLEDGE never paid her the money he owed her. He owed her money for sitting at their house.

SLEDGE and JONES would see ten customers a day and would also deliver to people.

SLEDGE and JONES didn't get along with JOHNSON.

MUDGETT knows people GARY (DARIUS SLEDGE), FRANK (DONDIAGO JONES), TJ (Alias of BAQUON SLEDGE) and COUNTRY (DERRICK WALKER) to be associated together. They have a trailer in Bottineau, ND. MUDGETT said they do their own thing.

MUDGETT denied still selling pills. She said they might get some pills and sell some to make a profit. C. DUBOIS doesn't do it as much. MUDGETT said she doesn't do it daily. MUDGETT gets her pills from JONES sometimes. MUDGETT thinks JONES is in Detroit or Milwaukee now.

MUDGETT said BOYD is scared of her. She admitted to taking 15 pills and less than $1000 (one thousand dollars). She hasn't seen him since that happened. She thinks BOYD deleted his Facebook he had and identified it as "theman youwish youwere". MUDGETT said she didn't want to work with him anymore because she didn't want to get in trouble.

MUDGETT gets her pills from JONES and a guy in Minot she knows as "ELMO" or "EUGENE".

SA Soldier showed MUDGETT a picture of TWON BOYD. She identified him as "D".

SA Soldier showed MUDGETT a picture of DONDIAGO JONES. She identified him as FRANK.

SA Soldier showed MUDGETT a picture of BAQUON SLEDGE. She identified him as TJ.

SA Soldier showed MUDGETT a picture of DARIUS SLEDGE. She identified him as GARY.

MUDGETT said she doesn't get from JONES often because he tries to be secretive. When she gets pills from JONES, she goes to CONSTANCE AIKEN's residence. That's where he sells at now.

JONES also sells at ANFERNEY's (sp) trailer in Shell Valley.

MUDGETT knows JONES still sells a lot. She also said that some other detectives went and spoke with S. DUBOIS and that she wasn't very honest.

MUDGETT knows JONES to have another girlfriend named FAITH in Bottineau, ND and that's his safe house. MUDGETT thinks FAITH hides his money.

DDE Form   - 1
(Oct. 2012)

DDE SENSITIVE

This report is the property of the BIA-OJS-DDE.
Neither it nor its contents may be disseminated outside the agency to which it is loaned.

U.S. Department of Interior – Bureau of Indian Affairs
Office of Justice Services - Division of Drug Enforcement

### INCIDENT REPORT

Page 5 of 5

**Incident Number:**

**Incident Title:**

*(Continuation)*

MUDGETT knows JONES to carry a gun.  She described it as a small gun that you can fit in your pocket.  She saw him with it about three or four months.  She added that FAITH's house is a pink house in Bottineau.  S. DUBOIS told her that because S. DUBOIS gets jealous when JONES goes to FAITH's house.

MUDGETT said she gets a hold of JONES on Facebook and his Facebook name is "Dondi".

MUDGETT talked about an incident in Devil's Lake.  She said JORDAN WILKIE was down there and contacted MUDGETT.  MUDGETT said she got pills from him.  WILKIE has a source and is doing the same thing she was doing in Belcourt.

MUDGETT named a few people name TINA, MASON and JOHNNA.  The guys selling with JUSTIN MORIN are also selling in the Devil's Lake area.  She knows them as CURT and B and they hang out in Devil's Lake.  JOHN stays and sells in Belcourt.  CURT and B hang out with ADRIANNE BUDD.

JOHN doesn't like MUDGETT because she was working with JOHNSON.

NIKKI and PAUL, who stay in the apartments in Kent Addition.  They sell for an unknown person.

End of Interview.

DDE Form  - 1
(Oct. 2012)

**DDE SENSITIVE**

**This report is the property of the BIA-OJS-DDE.
Neither it nor its contents may be disseminated outside the agency to which it is loaned.**