FD-302 (Rev. 5-8-10)

**Exhibit 8**

## FEDERAL BUREAU OF INVESTIGATION

Date of entry   01/15/2020

MARTINA WHITETAIL ("WHITETAIL"), date of birth (DOB) ███ 1983, mailing address P.O. Box 253, Parshall, North Dakota (ND) 58770, physical address ███████████ New Town, ND 58763, was interviewed at the Fort Totten Correctional Facility in Fort Totten, ND.  WHITETAIL was in the custody of the Bureau of Indian Affairs ("BIA") for matters unrelated to the captioned investigation.  BIA Special Agent ("SA") Isaiah Solider was also present during the interview.  SA Birchler provided WHITETAIL with her rights via an Federal Bureau of Investigation ("FBI") FD-395 Advice of Rights form.  WHITETAIL signed the FD-395 and agreed to speak with the Agents.  After being advised of the identity of the interviewing Agents and the nature of the interview, WHITETAIL provided the following information:

**(The below is an interview summary.  It is not intended to be a verbatim account and does not memorialize all statements made during the interview. Communications by the parties in the interview were electronically recorded.  The recording captures the actual words spoken.)**

WHITETAIL stated that she is an enrolled member of the SPIRIT LAKE TRIBE.  DEON (phonetic), last name unknown, arrived to Spirit Lake on January 6, 2020.  GREYSON DYE ("DYE") picked up DEON from New Town, ND in DYE's truck and brought him to Spirit Lake to sell pills.  WHITETAIL indicated that she meant "perc 30s" when she referred to pills.  WHITETAIL normally calls one person, IRA MAE SNELL ("SNELL"), to let her know they are holding pills.  However, she does not call SNELL anymore.  After SNELL was arrested by the police, WHITETAIL did not trust her anymore.

WHITETAIL believed that DEON had over 200 pills when he came to Spirit Lake.  WHITETAIL and DYE had been working with DEON for about six months and originally met him in New Town around August 2019.  DEON initially contacted WHITETAIL "out of the blue" and said that he used to deal with someone else in New Town and heard about WHITETAIL and DYE.

Investigation on   01/08/2020   at   Fort Totten, North Dakota, United States (In Person)

File #   198E-MP-3178725                                        Date drafted   01/15/2020

by   Jarrod R. Birchler

This document contains neither recommendations nor conclusions of the FBI. It is the property of the FBI and is loaned to your agency; it and its contents are not to be distributed outside your agency.

FD-302a (Rev. 5-8-10)

198E-MP-3178725

Continuation of FD-302 of (U) Martina Whitetail , On 01/08/2020 , Page 2 of 3

This was the first time that DEON trapped out of the house in High Meadows. WHITETAIL and DYE did not have DEON trap out of their house in New Town because it is across the street from the jail and there area cops around. WHITETAIL stated that DEON get his pills in Minot and that he always takes a cab alone to go to Minot to get more pills.

They only had a few customers since DEON arrived in Spirit Lake. WHITETAIL helped sell pills to SNELL and ASHLEY BROWN ("BROWN") since DEON had been there. SNELL bought nine or ten pills and BROWN bought half of a pill. WHITETAIL let GRAMPS know they had pills to sell, but did not directly deal with selling him pills. GRAMPS came by the house five or six times to buy pills, but WHITETAIL did not know how many pills he purchase. According to WHITETAIL, GRAMPS normal buys more than two or three pills. WHITETAIL did not know GRAMPS' real name, but thought his last name might be THOMPSON. She also thought that he was in his 30s and was an enrolled member at SPIRIT LAKE.

There were other people that came to buy pills who WHITETAIL did not know. GREYSON knew those people and dealt them. WHITETAIL stated that some of the money that DEON had was from selling in New Town because she did not did not think that he had made much money in Spirit Lake.

Another person who WHITETAIL only knows as "RICH", phone number 701-421-7500, was supposed to come to Spirit Lake with 200 pills on January 8, 2020. RICH is an African American male from Detroit who lives in Minot. WHITETAIL stated that RICH might drive a White Buick, possibly an Equinox. RICH sold 100 pills to WHITETAIL and DYE twice at their house in New Town. WHITETAIL and DYE would pay $5000 for 100 pills. RICH did not know FRANK or COUNTRY as far as WHITETAIL knew.

DEON stays in and traps out of a trailer in the Golden Age trailer park in New Town, ND. It is a tan trailer with no cars and the trailer next to it has a boat. WHITETAIL pointed out the approximately location on Google Maps. However, she stated that the image appeared to be older because she believed there were more trailer than the image showed. WHITETAIL stated that it was the second trailer on the left.

**(Agent Note: See attached map screenshot for approximate location of the trailer.)**

FD-302a (Rev. 5-8-10)

198E-MP-3178725

Continuation of FD-302 of (U) Martina Whitetail , On 01/08/2020 , Page 3 of 3

DEON was staying in the far back bedroom on the left. The revolver found during the search of the house in High Meadow earlier that day belongs to DYE. WHITETAIL did not see DEON with any weapons.

WHITETAIL has known FRANK for the past year. FRANK and COUNTRY would sell pills. "CASEY" LNU introduced COUNTRY to SNELL. SNELL was FRANK and COUNTRY's plug on Spirit Lake until COUNTRY and SNELL were arrested.

WHITETAIL bought 20-30 pills from FRANK everyday during the month of July 2019, but has not bought pills from FRANK in a while. FRANK contacted WHITETAIL and DYE approximately two weeks ago asking if they wanted to buy pills, but they did not buy any. The most they bought at one time from FRANK was 30 pills because that is the most he would carry. WHITETAIL stated that she had seen FRANK and COUNTRY with handguns.

WHITETAIL also bought 20-30 pills a day from COUNTRY from October 2019 until COUNTRY and SNELL were arrested. COUNTRY trapped out of ROBERT TOUCHE's ("TOUCHE") house in Woodlake. SNELL was the connection for COUNTRY to trap out of TOUCHE's house. SNELL is friends with TOUCH. SNELL also trapped out of her mom's house located behind the Fort Totten Recreation Center. WHITETAIL confirmed that SNELL mother's house is the last house on the right.

FRANK contacted WHITETAIL and DYE to ask if they could help bond COUNTRY out of jail. COUNTRY's bond was $30000. DYE said that was too much money and did not help. WHITETAIL believed that between FRANK and COUNTRY, COUNTRY was the boss.

WHITETAIL stated the she would smoke or snort the pills and DYE would shoot the pills. WHITETAIL stated that she and DYE bought and used the pills together.

**(Agent Note: SA Soldier showed Whitetail pictures of FRANK (also known as DONDIAGO JONES) and COUNTRY (aka DERRICK WALKER II). WHITETAIL indicated that she recognized the people in the images, but did not identify them as FRANK and COUNTRY.)**